■ NIAGARA MOHAWK POWER CORPORATION, Doing Business as NATIONAL GRID, Respondent, v CITY OF SYRACUSE et al., Appellants. [63 NYS3d 923]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered March 6, 2017. The order denied defendants' motion to dismiss.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Curran and Winslow, JJ.